## Hulburt Oil & Grease Co. v. Hulburt Oil & Grease Co., Appellant.

Argued May 27, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Bayard M. Graf*, with him *J. Willison Smith, Jr.*, and *Arthur W. Bean*, for appellants.

*Fred C. Aldridge, Jr.*, with him *Stradley, Ronon, Stevens & Young*, for appellee.

OPINION PER CURIAM, September 29, 1965:
Order affirmed.